# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

TONI RUSSELL,

                              Plaintiff,

    v.

NCO FINANCIAL SYSTEMS,

                           Defendant.

Case No. 12cv2762 BTM (DHB)

**ORDER GRANTING MOTION TO DISMISS**

     Plaintiff Toni Russell has submitted a notice of settlement (ECF No. 8) and a motion to dismiss because "[a]n amicable settlement agreement has been reached" with Defendant (ECF No. 10).  The motion is **GRANTED**, and this case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  March 11, 2013

BARRY TED MOSKOWITZ, Chief Judge
United States District Court